# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2018

## NO. 03-17-00534-CV

**Denise Stroup, as Legal Guardian of D. L. S., an Incapacitated Person, Appellant**

**v.**

**MRM Management, Inc., Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, TOTH, AND SHANNON**
**AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the trial court on February 28, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.